HINES, Director General of Railroads, v. MAYO MILLING CO., Inc. (Circuit Court of Appeals, Fourth Circuit. May 23, 1923. Order Granting Writ of Error from Supreme Court Filed August 20, 1923.) No. 2092. In Error to the District Court of the United States for the Eastern District of Virginia, at Richmond. D. H. & Walter Leake and Sherlock Bronson, all of Richmond, Va., for plaintiff in error. R. E. Cabell and R. H. Talley, both of Richmond, Va., for defendant in error.

PER CURIAM. Judgment of District Court reversed.

HINES, Director General of Railroads, v. W. F. RICHARDSON, JR., CO., Inc. (Circuit Court of Appeals, Fourth Circuit. May 23, 1923. Order Granting Writ of Error from Supreme Court Filed August 20, 1923.) No. 2091. In Error to the District Court of the United States for the Eastern District of Virginia, at Richmond. D. H. & Walter Leake and Sherlock Bronson, all of Richmond, Va., for plaintiff in error. R. E. Cabell and R. H. Talley, both of Richmond, Va., for defendant in error.

PER CURIAM. Judgment of District Court reversed. See, also, 290 Fed. 162.

KNICKERBOCKER KNITTING MILLS CO. v. GROSS. (Circuit Court of Appeals, Sixth Circuit. April 10, 1923.) No. 3820. In Error to the District Court of the United States for the Eastern Division of the Northern District of Ohio; Westenhaver, Judge. Sidney N. Weitz, of Cleveland, Ohio, for plaintiff in error. Doerfler & Kornhauser, of Cleveland, Ohio, for defendant in error.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

LYON et al. v. UNION GAS & OIL CO. et al. (Circuit Court of Appeals, Sixth Circuit. February 16, 1923.) No. 3670. Appeal from the District Court of the United States for the Eastern District of Kentucky; Cochran, Judge. Simeon S. Willis, of Ashland, Ky., and Cain & Thompson, of Louisa, Ky., for appellants. Otto C. Gartin, of Ashland, Ky., and Holt, Duncan & Holt, of Huntington, W. Va., for appellees.

PER CURIAM. Order reversing cause and remanding record to the District Court for further proceedings therein, on authority of the opinion of this court reported in 281 Fed. at pages 674 and following. See, also, 274 Fed. 957.

LYON et al. v. UNION GAS & OIL CO. et al. (Circuit Court of Appeals, Sixth Circuit. February 16, 1923.) No. 3671. Appeal from the District Court of the United States for the Eastern District of Kentucky; Cochran, Judge. Simeon S. Willis, of Ashland, Ky., and Cain & Thompson, of Louisa, Ky., for appellants. Otto C. Gartin, of Ashland, Ky., and Holt, Duncan & Holt, of Huntington, W. Va., for appellees.

PER CURIAM. Order reversing cause and remanding record to the District Court of the United States for further proceedings therein, on authority of the opinion of this court reported in 281 Fed. at pages 674 and following. See, also, 274 Fed. 957.

LYON et al. v. UNION GAS & OIL CO. et al. (Circuit Court of Appeals, Sixth Circuit. February 16, 1923.) No. 3672. Appeal from the District Court of the United States for the Eastern District of Kentucky; Cochran, Judge. Simeon S. Willis, of Ashland, Ky., and Cain & Thompson, of Louisa, Ky., for